UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Arlene Roehl, | Case No. 0:07-cv-03221 |
| Plaintiff, | |
| v. | **ORDER** |
| T.O. Plastics, Inc., | |
| Defendant. | |

Pursuant to the Stipulation Seeking Court Approval of Proposed Settlement of FMLA Action executed and filed by the parties to the above-captioned action,

The above and foregoing Stipulation is adopted as the Order of this Court.

Dated: January 28, 2008

s/Paul A. Magnuson_____
United States District Court Judge

4811-3872-2562\1